UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB -1 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:18CR86 HEA/PLC |
| SHIVA OLIVO, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### [Aggravated Identity Theft]

On or about September 18, 2015, in the Eastern District of Missouri, the defendant,

SHIVA OLIVO,

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, felony stealing in violation of MO Rev. Stat. § 570.030(5), knowing that the means of identification belonged to another actual person, in that the defendant used South Carolina Driver's License Number ****-854 lawfully issued to "PC" in order to obtain cellular telephones the value of which was in excess of $3,000.00.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT 2
### [Aggravated Identity Theft]

On or about September 16, 2015, in the Eastern District of Missouri, the defendant,

SHIVA OLIVO,

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, felony stealing in violation of MO Rev. Stat. § 570.030(5), knowing that the means of identification belonged to another actual person, in that the defendant used Social Security Number ***-**-0962 lawfully issued to "DE" in order to obtain cellular telephones the value of which was in excess of $3,000.00.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3
### [Aggravated Identity Theft]

On or about September 15, 2015, in the Eastern District of Missouri, the defendant,

SHIVA OLIVO,

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, felony stealing in violation of MO Rev. Stat. § 570.030(5), knowing that the means of identification belonged to another actual person, in that the defendant used Maryland Driver's License Number ****-****-41136 lawfully issued to "VC" in order to obtain cellular telephones the value of which was in excess of $2,500.00.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Assistant United States Attorney
Gwendolyn Carroll